[No. 34178-2-I.  Division One.  June 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
C. BELLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King

1014

County, No. 93-1-04009-8, Jim Bates, J., entered March 23, 1994. *Affirmed* by unpublished per curiam opinion.